NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUPREMA, INC. AND MENTALIX INCORPORATED,**
*Appellants,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**AND**

**CROSS MATCH TECHNOLOGIES, INC.,**
*Intervenor.*

---

2012-1170

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-720.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST,* *Chief Judge*, NEWMAN, LOURIE, RADER,** DYK, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges.****

PER CURIAM.

**O R D E R**

The court orders en banc briefing as follows:

(1) The parties are requested to file new en banc briefs.

(2) This appeal will be heard en banc on the basis of the originally-filed briefs, additional briefing ordered herein, and oral argument. Thirty additional paper copies of all originally-filed briefs shall be filed within 20 days from the date of filing of this order. In addition to submitting briefs through electronic case filing, thirty paper copies of new en banc briefs shall be filed, and two copies of each en banc brief shall be served on opposing counsel. The appellants' opening en banc brief is due 45 days from the date of this order. The appellee's and intervenor's en banc response briefs are due within 30 days of service of the appellants' opening en banc brief, and the reply brief is due within 15 days of service of the response brief. Briefs shall adhere to the type-volume limitations set forth in Federal Rule of Appellate Procedure 32 and Federal Circuit Rule 32.

(3) The court invites the Attorney General to present the views of the United States as amicus curiae. Other briefs of amici curiae will be entertained, and any such amicus briefs may be filed without consent and leave of

---

* Sharon Prost assumed the position of Chief Judge on May 31, 2014.

** Randall R. Rader vacated the position of Chief Judge on May 30, 2014.

*** Circuit Judge Moore did not participate.

court but otherwise must comply with Federal Rule of Appellate Procedure 29 and Federal Circuit Rule 29.

(4) Oral argument will be held at a time and date to be announced later.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court