NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUPREMA, INC. AND MENTALIX, INC.**,
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION**,
*Appellee,*

AND

**CROSS MATCH TECHNOLOGIES, INC.**,
*Intervenor.*

---

2012-1170

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-720.

---

**ON MOTION**

---

Before PROST,* *Chief Judge*, NEWMAN, LOURIE, RADER,**
BRYSON, LINN, DYK, O'MALLEY, REYNA, WALLACH,
TARANTO, CHEN, and HUGHES, *Circuit Judges.*\*\*\*

PER CURIAM.

# O R D E R

Appellants Suprema, Inc. and Mentalix, Inc. move without opposition for a 14-day extension of time to file their opening en banc brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Appellants' en banc brief is due on August 11, 2014.

FOR THE COURT

June 27, 2014        /s/ Daniel E. O'Toole
     Date            Daniel E. O'Toole
                     Clerk of Court

---

\*   Sharon Prost assumed the position of Chief Judge on May 31, 2014.

\*\*   Randall R. Rader vacated the position of Chief Judge on May 30, 2014.

\*\*\* Circuit Judge Moore did not participate.